No. 218. DOGGETT v. COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Daniel R. Dixon* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *I. Henry Kutz* for respondent.

No. 220. ARABIAN AMERICAN OIL Co. v. FARMER. C. A. 2d Cir. Certiorari denied. *Lowell Wadmond, Chester Bordeau* and *George W. Ray, Jr.* for petitioner. *Kalman I. Nulman* for respondent.

No. 221. BARNHILL ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *O. B. Cline, Jr.* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 216. CURCIO ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Samuel Mezansky* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Meyer Rothwacks* for the United States.

No. 224. ESTEBAN GANDUXE Y MARINO v. ESPERDY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. *Morton Silfen* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for respondent.

No. 226. JONES v. KAUFMAN. C. A. 7th Cir. Certiorari denied. *Donald B. Jones,* petitioner, *pro se. Charles Rivers Aiken* and *Richard F. Watt* for respondent.